**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ESPERANZA FERNANDEZ AVILA,                         23-cv-07424 (PKC)(CLP)

                Plaintiff,                          **STIPULATION OF DISMISSAL**
                                                       **WITH PREJUDICE**

   -against-

82-63 BAKERY CORP. and WENDY
A. CASTRO,

                Defendants.
-------------------------------------------------------------X

       **IT IS STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiff and Defendants that this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and without costs or fees to either party;

Dated: Massapequa, New York              Dated: Long Island City, New York
        September 16, 2024                         September 16, 2024

The NHG Law Group, P.C.                  Stephen D. Hans & Associates, P.C.

_[signature]_                                           _Stephen D. Hans_
By: Keith E. Williams, Esq.                By: Stephen D. Hans, Esq.
*Attorneys for the Plaintiff*                  *Attorneys for the Defendants*
4242 Merrick Road                          30-30 Northern Boulevard, Suite 401
Massapequa, New York 11758            Long Island City, New York 11101
Tel: 516.228.5100                             Tel: 718.275.6700
keith@nhglaw.com                            shans@hansassociates.com

**SO, ORDERED:**

_Cheryl L. Pollak_
Hon. Judge Cheryl L. Pollak, U.S.M.J. E.D.N.Y.
November 13, 2024